**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
*Karina Martinez*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARINA MARTINEZ,**<br><br>           Plaintiff,<br><br>     vs.<br><br>**DIRECTV LLC, I.C. SYSTEMS, CREDENCE RESOURCE MANAGEMENT,.**<br><br>           Defendants. | **Case No.: 3:23-cv-00925-WHA**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**<br><br>**WILLIAM H. ALSUP**<br>**U.S. DISTRICT JUDGE** |

///
///
///

Plaintiff KARINA MARTINEZ ("Plaintiff"), Defendants DIRECTV LLC, ("DirecTV"), I.C. SYSTEM, INC. (*erroneously sued as* I.C. Systems) ("I.C."), and CREDENCE RESOURCE MANAGEMENT, ("Credence") (all jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss the above entitled action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice, with the Parties to bear their own attorneys' fees, costs, and expenses.

Dated: February 15, 2024          **KAZEROUNI LAW GROUP, APC**

By: */s/Gustavo Ponce*
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

Dated: February 15, 2024          **SESSIONS, ISRAEL, & SHARTLE, L.L.P**

By: */s/ Kenneth Ohashi*
Kenneth A. Ohashi
*Attorneys for Defendants
DirecTV, LLC and Credence Resource
Management, LLC*

Dated: February 15, 2024          **GOODMAN LAW FIRM, APC**

By: */s/ Brett Goodman*
Brett B. Goodman
*Attorneys for Defendant I.C. System, Inc.*

# CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On February 15, 2024, I served the within document(s):

- **STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**

    ☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and Nevada that the above is true and correct. Executed on February 15, 2024 at Las Vegas, Nevada.

                                           */s/ Gustavo Ponce*
                                     GUSTAVO PONCE, ESQ.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARINA MARTINEZ,** | **Case No.: 3:23-cv-00925-WHA** |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION** |
| **DIRECTV LLC, I.C. SYSTEMS, CREDENCE RESOURCE MANAGEMENT,.** | **WILLIAM H. ALSUP** |
| Defendants. | **U.S. DISTRICT JUDGE** |

///
///
///
///
///
///
///

- 1 -
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION

1  Having reviewed the Stipulation filed by the parties, IT IS HEREBY ORDERED
2  that the above-captioned action is dismissed with prejudice in its entirety pursuant to
3  Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear its own attorney's fees and costs.

5  **IT IS SO ORDERED.**

Dated: February 16, 2024



HON. WILLIAM H. ALSUP

- 2 -
[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION